The People of the State of New York, Respondent, v. John Barry, alias John White, alias John Burns, Appellant.— Judgment affirmed.   No opinion.

The Lozier Motor Company of New York, Appellant, v. Charles P. Ball and George A. Burwell, Respondents.— Judgment affirmed, with costs.   No opinion.

William Strauch, Respondent, v. New York Contracting Company, Pennsylvania Terminal and The Pennsylvania, New York and Long Island Railroad Company, Appellants.— Judgment and order affirmed, with costs.   No opinion.

Nellie Kenny, an Infant, by David Douglas, Her Guardian ad Litem, Respondent, v. Mary F. Cummings, Appellant.   Thomas Kenny, Respondent, v. Mary F. Cummings, Appellant.— Judgments and orders affirmed, with costs.   No opinion.   (Laughlin, J., dissenting on the ground that the court erred in receiving the expert evidence with respect to the cough from which the plaintiff Nellie Kenny suffered, as it was not connected with the injury.)

Richard Muller, Doing Business under the Name of Muller Gloria Mills, Appellant, v. Antoine Guichard, Doing Business under the Name of A. Guichard & Co., Respondent.— Judgment affirmed, with costs.   No opinion.

The People of the State of New York ex rel. Bert M. Treiber, Respondent, v. Lilly Sinclair or St. Clair, Appellant.— Order affirmed.   No opinion.

The People of the State of New York ex rel. Henry Gartelman, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with costs.   No opinion.

The People of the State of New York, Respondent, v. Reuben Eisenstein, Appellant.— Judgment and order affirmed.   No opinion.

The People of the State of New York, Respondent, v. William H. McNutt, Appellant.— Judgment and orders affirmed.   No opinion.

The People of the State of New York, Respondent, v. John Taylor, Appellant.— Judgment and orders affirmed.   No opinion.   (McLaughlin and Houghton, JJ., dissenting.)

The People of the State of New York, Respondent, v. Harry Bradshaw, Appellant.—Judgment and order affirmed.   No opinion.   (McLaughlin and Houghton, JJ., dissenting.)

Anna Hemmerich, by Kate Hemmerich, Her Guardian ad Litem, Appellant, v. Union Dime Savings Institution, Respondent.— Judgment affirmed, with costs. No opinion.

Stephen K. Sullivan, Respondent, v. Butler Brothers-Hoff Company, Appellant.— Judgment and order affirmed, with costs.   No opinion.

In the Matter of the Judicial Settlement of the Accounting of Henry Bischoff, Jr., and Amanda Von Graberg, as Executors of and Trustees under the Last Will and Testament of Henry Bischoff, Deceased, Appellants.   In the Matter of the Application of Franklin J. Bischoff for an Intermediate Accounting by Henry Bischoff, Jr., and Amanda Von Graberg, as Executors of the Last Will and Testament of Henry Bischoff, Deceased, Appellants.   I. Newton Williams, Respondent.— Decree affirmed, with costs.   No opinion.

William K. Kavanagh, Respondent, v. The Raymond Van Praag Supply Company, Appellant.— Judgment and order reversed and new trial ordered, with